JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARINA POGOSYAN, an individual,

Plaintiff,

v.

MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

**CASE NO. 2:24-cv-09584-CV (AYPx)**

**ORDER**

On February 9, 2026, the parties filed a Joint Stipulation of Dismissal ("Stipulation"). Doc. # 24. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice.

Dated:  3/17/26

By: *Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE